<div style="float:left">United States District Court<br>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ATKINSON,<br><br>        Petitioner,<br><br>  vs.<br><br>T. FELKER, Warden,<br><br>        Respondent.<br>                                       / | No. C 06-4612 WHA (PR)<br><br>**ORDER EXTENDING TIME TO FILE TRAVERSE; DENIAL OF MOTION FOR DISCOVERY** |

Petitioner's motion for an extension of time to file his traverse (document number 13 on the docket) is **GRANTED**. The traverse is deemed timely.

Petitioner's motion for discovery (document number 15) is **DENIED** because he has failed to provide specific allegations as to what the discovery would show. *See Bracy v. Gramley*, 520 U.S. 899, 908-09 (1997).

**IT IS SO ORDERED.**

Dated: July   22   , 2007.

                                                        WILLIAM ALSUP<br>                                                      UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.06\ATKINSON612.EXT-P